ROSELL C. COLLIS, Respondent, *v.* MARTIN V. B. BULL et al., Appellants.

Reported below, 75 Hun, 466.
(Argued January 22, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 6, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Matthew Hale* for appellants.

*Edmund J. Wager* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.